**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2186**

BILLY GENE COGDILL,

        Plaintiff - Appellant,

    v.

AMERICAN GENERAL ASSURANCE COMPANY,

        Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Cameron McGowan Currie, District
Judge.  (3:08-cv-03466-CMC)

Submitted:  May 24, 2010         Decided:  June 2, 2010

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John K. Koon, KOON AND COOK, P.A., Columbia, South Carolina, for
Appellant. William  C.  Wood,  Jr.,  NELSON  MULLINS  RILEY  &
SCARBOROUGH LLP, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy Cogdill appeals the district court's order granting summary judgment in favor of the Appellee on Cogdill's claim for recovery under an accidental death insurance policy. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cogdill v. American Gen. Assurance Co., No. 3:08-cv-03466-CMC (D.S.C. Oct. 8, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED